In re

JACKSON HOSPITAL & CLINIC, INC., *et al.*,

   Debtors.[1]

Case No. 25-30256-CLH

Chapter 11

Jointly Administered

---

JACKSON HOSPITAL & CLINIC, INC.,

   Plaintiff,

v.

BLUE CROSS AND BLUE SHIELD OF ALABAMA,

   Defendant.

Adv. Proc. No. 26-03013-CLH

## ORDER SETTING HEARING

It is hereby ORDERED that the matter set forth below is scheduled for hearing on **Tuesday, June 30, 2026, at 2:00 P.M. (central)**. The hearing will take place at the United States Bankruptcy Court, Montgomery, Alabama, **Courtroom 4F**.

- *Plaintiff's Emergency Motion for Reconsideration and Request for Clarification of Memorandum Opinion and Order Denying Plaintiff's Emergency Motion for Preliminary Injunction (Doc. 58).*

The Court will allow virtual attendance through the following Webex link:

https://us-courts.webex.com/us-courts/j.php?MTID=m8aeb0ea882cdf7cad412eea85ccd166a.

All attendees must connect to the Webex at least fifteen minutes prior to the commencement of the hearing. Any virtual attendee desiring to make an appearance on the record must keep their camera on and remain unmuted until their appearance is noted by the Court.

---

[1] An Order entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the following cases: Jackson Hospital & Clinic, Inc. and JHC Pharmacy, LLC, with Jackson Hospital & Clinic, Inc. 25-30256 as the lead case. (Case No. 25-30256, Doc. 49).

Done this 23rd day of June, 2026.

Christopher L. Hawkins
United States Bankruptcy Judge

c:      Chase Potter, Attorney for Plaintiff
Joshua J. Iacuone, Attorney for Plaintiff
Stuart Memory, Attorney for Plaintiff
Anna Richardson, Attorney for Plaintiff
Joshua Shepherd, Attorney for Plaintiff
Jayna Partain Lamar, Attorney for Defendant
Ryan D. Thompson, Attorney for Defendant
Carl Burkhalter, Attorney for Defendant
Nicolas Peck, Attorney for Defendant